UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
DOMALIK, DEBORAH LYN                      §      Case No. 12-02728 DRC
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/THOMAS E. SPRINGER, TRUSTEE
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 12-02728 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | DOMALIK, DEBORAH LYN | | | Date Filed (f) or Converted (c): | 01/26/12 (f) |
| | | | | 341(a) Meeting Date: | 03/12/12 |
| For Period Ending: 03/28/14 | | | | Claims Bar Date: | 10/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 2210 Tepee Avenue, Carpentersville IL 60 | 84,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking account | 700.00 | 0.00 | | 0.00 | FA |
| 3. ING Savings Account | 1,047.61 | 0.00 | | 0.00 | FA |
| 4. Ally Savings Account | 200.62 | 0.00 | | 0.00 | FA |
| 5. Used furnitures - couch , chair, entertainment center, computer , bed , 2 dressers, 2 floor lamps, 1curio cabinet, metal kitchen storage stand Location: 2210 Tepee Avenue, Carpentersville IL 60110 | 950.00 | 0.00 | | 0.00 | FA |
| 6. various books Location: 2210 Tepee Avenue, Carpentersville IL 60110 | 200.00 | 0.00 | | 0.00 | FA |
| 7. Used clothing Location: 2210 Tepee Avenue, Carpentersville IL 60110 | 700.00 | 0.00 | | 0.00 | FA |
| 8. Sold Seatlle Sutton distribution business - still Sold Seatlle Sutton distribution business - still owed approximately $8000. Receiving monthly payments of $437.50. | 8,000.00 | 7,875.00 | | 7,875.00 | FA |
| 9. 2008 Hundai Santa Fe with 43,400 miles | 15,374.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $111,172.23 | $7,875.00 | | $7,875.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All funds collected. Hearing on Objection to duplicate claim 1/9/14 and then Final Report to be filed.

Initial Projected Date of Final Report (TFR): 09/30/13     Current Projected Date of Final Report (TFR): 02/15/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-02728   DRC   Judge: Donald R. Cassling | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | DOMALIK, DEBORAH LYN | Date Filed (f) or Converted (c): 01/26/12 (f) |
| | | 341(a) Meeting Date: 03/12/12 |
| | | Claims Bar Date: 10/22/12 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-02728 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DOMALIK, DEBORAH LYN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6782 | | | |
| For Period Ending: | 03/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | 8 | Deborah L. Domalik | Liquidation of Business | 1110-000 | 3,500.00 | | 3,500.00 |
| 11/16/12 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 3,937.50 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.76 | 3,935.74 |
| 12/26/12 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 4,373.24 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.56 | 4,370.68 |
| 02/07/13 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 4,808.18 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,798.18 |
| 02/18/13 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 5,235.68 |
| 02/26/13 | 001000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 4.66 | 5,231.02 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,221.02 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,211.02 |
| 04/16/13 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry | Monthly installment payment | 1121-000 | 875.00 | | 6,086.02 |

Page Subtotals 6,125.00 38.98

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-02728 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DOMALIK, DEBORAH LYN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6782 | | | |
| For Period Ending: | 03/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 200 North Second Street | | | | | |
| | | Cary, IL 60013 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,076.02 |
| 05/24/13 | 8 | Kyle Stoltz Enterprises, LLC | Monthly installment payment | 1121-000 | 437.50 | | 6,513.52 |
| | | 200 N. 2nd Street | | | | | |
| | | Cary, IL 60013 | | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,503.52 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,493.52 |
| 07/12/13 | 8 | Kyle Stoltz Enterprises LLC | Monthly installment payment | 1121-000 | 437.50 | | 6,931.02 |
| | | 200 N. 2nd St. | | | | | |
| | | Cary, IL 60013 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.07 | 6,920.95 |
| 08/13/13 | 8 | Kyle Stoltz Enterprises LLC | Monthly installment payment | 1121-000 | 875.00 | | 7,795.95 |
| | | 200 N. 2nd St. | | | | | |
| | | Cary, IL 60013 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,784.86 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.20 | 7,773.66 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.56 | 7,762.10 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 7,750.93 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,739.41 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.51 | 7,727.90 |
| 02/11/14 | 001001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 10.33 | 7,717.57 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.37 | 7,707.20 |

Page Subtotals    1,750.00    128.82

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-02728 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DOMALIK, DEBORAH LYN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6782 |  |  |
| For Period Ending: | 03/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 7,875.00 | 167.80 | 7,707.20 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 7,875.00 | 167.80 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 7,875.00 | 167.80 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********9478) | 7,875.00 | 167.80 | 7,707.20 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 7,875.00 | 167.80 | 7,707.20 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 17.05

| Page 1 | | CLAIMS ANALYSIS<br>CLAIMS REGISTER | | | | Date: April 01, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-02728  
Debtor Name: DOMALIK, DEBORAH LYN  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $2,091.50 | $0.00 | $2,091.50 |
| BOND<br>999<br>2300-00 | International Surities, Ltd.<br>Suite 420<br>701 Poydra Street<br>New Orleans, LA 70139 | Administrative | | $14.99 | $14.99 | $0.00 |
| 1<br>070<br>7100-90 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $7,750.94 | $0.00 | $7,750.94 |
| 2<br>070<br>7100-90 | Amalgamated Bank<br>PO Box 1864<br>Chicago, IL 60690 | Unsecured | Order disallowing claim as a duplicate entered 1/9/14 | $0.00 | $0.00 | $0.00 |
| 3<br>070<br>7100-90 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (3-1) SERVICE EXPERTS/GECRB or GEMB | $2,804.64 | $0.00 | $2,804.64 |
| 4<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $9,064.07 | $0.00 | $9,064.07 |
| 5<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $5,682.44 | $0.00 | $5,682.44 |
| 6<br>070<br>7100-00 | Kinnamon Accounting<br>217 N. Northwest Highway<br>Barrington, IL 60010 | Unsecured | | $5,659.74 | $0.00 | $5,659.74 |
| 7<br>070<br>7100-90 | Amalgamated Bk Chicago<br>1 W Monroe St<br>Chicago, IL 60603 | Unsecured | | $3,145.27 | $0.00 | $3,145.27 |
| | Case Totals: | | | $36,213.59 | $14.99 | $36,198.60 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-02728 DRC
Case Name: DOMALIK, DEBORAH LYN
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Other: International Surities, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses            $_____

Remaining Balance                                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | $ | $ | $ |
| 3 | Midland Funding LLC | $ | $ | $ |
| 4 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 5 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 6 | Kinnamon Accounting | $ | $ | $ |
| 7 | Amalgamated Bk Chicago | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE