UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DOMALIK, DEBORAH LYN | § | Case No. 12-02728 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/30/2014 in Courtroom 240,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DOMALIK, DEBORAH LYN | § | Case No. 12-02728 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,875.00 |
| and approved disbursements of | $ | 167.80 |
| leaving a balance on hand of[1] | $ | 7,707.20 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,537.50 | $ 0.00 | $ 1,537.50 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 2,091.50 | $ 0.00 | $ 2,091.50 |
| Other: International Surities, Ltd. | $ 14.99 | $ 14.99 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,629.00 |
| Remaining Balance | $ | 4,078.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 34,107.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | $ 7,750.94 | $ 0.00 | $ 926.78 |
| 3 | Midland Funding LLC | $ 2,804.64 | $ 0.00 | $ 335.35 |
| 4 | FIA CARD SERVICES, N.A. | $ 9,064.07 | $ 0.00 | $ 1,083.79 |
| 5 | FIA CARD SERVICES, N.A. | $ 5,682.44 | $ 0.00 | $ 679.46 |
| 6 | Kinnamon Accounting | $ 5,659.74 | $ 0.00 | $ 676.74 |
| 7 | Amalgamated Bk Chicago | $ 3,145.27 | $ 0.00 | $ 376.08 |

    Total to be paid to timely general unsecured creditors    $ 4,078.20

    Remaining Balance    $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

       Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                              Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-02728-DRC
Deborah Lynn Domalik                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales         Page 1 of 2            Date Rcvd: May 13, 2014
                              Form ID: pdf006         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2014.
```
db         #+Deborah Lynn Domalik,   2210 Tepee Avenue,   Carpentersville, IL 60110-1222
aty         +Springer, Brown, Covey, Gaertner, & Davis LLC,   400 S Country Farm Road Ste 330,
              Wheaton, IL 60187-4547
18725642    +Amalgamated Bank,   PO Box 1864,   Chicago, IL 60690-1864
18407202    +Amalgamated Bk Chicago,   1 W Monroe St,   Chicago, IL 60603-5384
18853159   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
18407204    #+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
18407205    #+Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
18407206    +Dustin Harris,   2214 Shetland Rd.,   Barrington, IL 60010-5412
18407207   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   Fifth Third Center,   38 Fountain Square Plaza,
              Cincinnati, OH 45263)
18688675    +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
18407208    +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
18407210    +Kinnamon Accounting,   217 N. Northwest Highway,   Barrington, IL 60010-3387
18407211    +Lynn Zentner,   2237 Riverwood Place,   Saint Paul, MN 55104-5647
19927309     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18794689     E-mail/PDF: rmscedi@recoverycorp.com May 14 2014 11:30:00     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18407209    +E-mail/PDF: gecsedi@recoverycorp.com May 14 2014 11:50:00     Gecrb/Lennox-Service E,
              Po Box 981439,   El Paso, TX 79998-1439
19927310     E-mail/PDF: rmscedi@recoverycorp.com May 14 2014 11:30:00
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18407203   ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2014 at the address(es) listed below:
```
          Erick J Bohlman    on behalf of Debtor Deborah Lynn Domalik abohlman@sbcglobal.net,
           jd@bohlmanlaw.com
          Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2                  Date Rcvd: May 13, 2014
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ross T Brand    on behalf of Creditor    JPMorgan Chase Bank, National Association
           rbrand@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                TOTAL: 6

Case 12-02728    Doc 38    Filed 05/13/14    Entered 05/15/14 23:47:46    Desc Imaged
Certificate of Notice    Page 6 of 6