UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
DOMALIK, DEBORAH LYN                §      Case No. 12-02728
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on           . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Fifth Third Center 38 Fountain Square Plaza Cincinnati, OH 45263 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURITIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amalgamated Bk Chicago 1 W Monroe St Chicago, IL 60603 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Dustin Harris 2214 Shetland Rd. Barrington, IL 60010 | | | | | |
| | Fnb Omaha Po Box 3412 Omaha, NE 68103 | | | | | |
| | Gecrb/Lennox-Service E Po Box 981439 El Paso, TX 79998 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kinnamon Accounting 217 N. Northwest Highway Barrington, IL 60010 | | | | | |
| | Lynn Zentner 2237 Riverwood Place Saint Paul, MN 55104 | | | | | |
| 6 | KINNAMON ACCOUNTING | | | | | |
| 2 | Amalgamated Bank | | | | | |
| 7 | Amalgamated Bk Chicago | | | | | |
| 4 | FIA CARD SERVICES, N.A. | | | | | |
| 5 | FIA CARD SERVICES, N.A. | | | | | |
| 1 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 3 | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-02728 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DOMALIK, DEBORAH LYN | | | Date Filed (f) or Converted (c): | 01/26/12 (f) |
| | | | | 341(a) Meeting Date: | 03/12/12 |
| For Period Ending: | 11/25/14 | | | Claims Bar Date: | 10/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 2210 Tepee Avenue, Carpentersville IL 60 | 84,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking account | 700.00 | 0.00 | | 0.00 | FA |
| 3. ING Savings Account | 1,047.61 | 0.00 | | 0.00 | FA |
| 4. Ally Savings Account | 200.62 | 0.00 | | 0.00 | FA |
| 5. Used furnitures - couch , chair, entertainment center, computer , bed , 2 dressers, 2 floor lamps, 1curio cabinet, metal kitchen storage stand Location: 2210 Tepee Avenue, Carpentersville IL 60110 | 950.00 | 0.00 | | 0.00 | FA |
| 6. various books Location: 2210 Tepee Avenue, Carpentersville IL 60110 | 200.00 | 0.00 | | 0.00 | FA |
| 7. Used clothing Location: 2210 Tepee Avenue, Carpentersville IL 60110 | 700.00 | 0.00 | | 0.00 | FA |
| 8. Sold Seatlle Sutton distribution business - still Sold Seatlle Sutton distribution business - still owed approximately $8000. Receiving monthly payments of $437.50. | 8,000.00 | 7,875.00 | | 7,875.00 | FA |
| 9. 2008 Hundai Santa Fe with 43,400 miles | 15,374.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $111,172.23 | $7,875.00 | | $7,875.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All funds collected. Hearing on Objection to duplicate claim 1/9/14 and then Final Report to be filed.

Initial Projected Date of Final Report (TFR): 09/30/13     Current Projected Date of Final Report (TFR): 02/15/14

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 18.03a

Case 12-02728   Doc 43   Filed 12/31/14   Entered 12/31/14 12:37:27   Desc Main
            Document         Page 8 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

Case No:      12-02728      DRC    Judge: Donald R. Cassling                          Trustee Name:                      THOMAS E. SPRINGER, TRUSTEE
Case Name:    DOMALIK, DEBORAH LYN                                                    Date Filed (f) or Converted (c):   01/26/12 (f)
                                                                                      341(a) Meeting Date:               03/12/12
                                                                                      Claims Bar Date:                   10/22/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-02728 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DOMALIK, DEBORAH LYN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6782 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | 8 | Deborah L. Domalik | Liquidation of Business | 1110-000 | 3,500.00 | | 3,500.00 |
| 11/16/12 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 3,937.50 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.76 | 3,935.74 |
| 12/26/12 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 4,373.24 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.56 | 4,370.68 |
| 02/07/13 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 4,808.18 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,798.18 |
| 02/18/13 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry 200 North Second Street Cary, IL 60013 | Monthly installment payment | 1121-000 | 437.50 | | 5,235.68 |
| 02/26/13 | 001000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 4.66 | 5,231.02 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,221.02 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,211.02 |
| 04/16/13 | 8 | Kyle Stoltz Enterprises, LLC dba Seattle Sutton of McHenry | Monthly installment payment | 1121-000 | 875.00 | | 6,086.02 |

Page Subtotals    6,125.00    38.98

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-02728 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DOMALIK, DEBORAH LYN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6782 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 200 North Second Street | | | | | |
| | | Cary, IL 60013 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,076.02 |
| 05/24/13 | 8 | Kyle Stoltz Enterprises, LLC | Monthly installment payment | 1121-000 | 437.50 | | 6,513.52 |
| | | 200 N. 2nd Street | | | | | |
| | | Cary, IL 60013 | | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,503.52 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,493.52 |
| 07/12/13 | 8 | Kyle Stoltz Enterprises LLC | Monthly installment payment | 1121-000 | 437.50 | | 6,931.02 |
| | | 200 N. 2nd St. | | | | | |
| | | Cary, IL 60013 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.07 | 6,920.95 |
| 08/13/13 | 8 | Kyle Stoltz Enterprises LLC | Monthly installment payment | 1121-000 | 875.00 | | 7,795.95 |
| | | 200 N. 2nd St. | | | | | |
| | | Cary, IL 60013 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,784.86 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.20 | 7,773.66 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.56 | 7,762.10 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 7,750.93 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,739.41 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.51 | 7,727.90 |
| 02/11/14 | 001001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 10.33 | 7,717.57 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.37 | 7,707.20 |
| 06/03/14 | 001002 | THOMAS E. SPRINGER, TRUSTEE | Chapter 7 Compensation/Expense | 2100-000 | | 1,537.50 | 6,169.70 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |

Page Subtotals    1,750.00    1,666.32

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-02728 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | DOMALIK, DEBORAH LYN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6782 |  |  |
| For Period Ending: | 11/25/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wheaton, IL 60187 | | | | | |
| 06/03/14 | 001003 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,091.50 | 4,078.20 |
| 06/03/14 | 001004 | Kinnamon Accounting<br>217 N. Northwest Highway<br>Barrington, IL 60010 | Claim 6, Payment 11.95709% | 7100-000 | | 676.74 | 3,401.46 |
| 06/03/14 | 001005 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Claim 1, Payment 11.95700% | 7100-900 | | 926.78 | 2,474.68 |
| 06/03/14 | 001006 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 3, Payment 11.95697% | 7100-900 | | 335.35 | 2,139.33 |
| 06/03/14 | 001007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 4, Payment 11.95699% | 7100-900 | | 1,083.79 | 1,055.54 |
| 06/03/14 | 001008 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 5, Payment 11.95719% | 7100-900 | | 679.46 | 376.08 |
| 06/03/14 | 001009 | Amalgamated Bk Chicago<br>1 W Monroe St<br>Chicago, IL 60603 | Claim 7, Payment 11.95700% | 7100-900 | | 376.08 | 0.00 |

Page Subtotals     0.00     6,169.70

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-02728 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | DOMALIK, DEBORAH LYN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9478  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6782 | | |
| For Period Ending: | 11/25/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,875.00 | 7,875.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,875.00 | 7,875.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,875.00 | 7,875.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9478 | 7,875.00 | 7,875.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,875.00 | 7,875.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*